1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

                            Plaintiffs,

vs.

LEON BENZER, *et al.*
                          Defendants.

Case No. 2:13-cr-00018-JCM-GWF

**<u>ORDER</u>**

Motion for Leave to File Surreply
(118)

      This matter comes before the Court on Plaintiff United States of America's ("Plaintiff")
Motion for Leave to File Surreply (#118), filed on May 28, 2013. Defendant Edith Gillespie
("Defendant") filed a Motion to Sever (#104) on May 1, 2013. Plaintiff filed a Response (#109) to
the Motion to Sever (#104) on May 14, 2013. Defendant filed a Reply (#111) on May 20, 2013.
Plaintiff now moves to file a surreply to Defendant's Reply (#111), alleging Defendant raised new
arguments therein. Specifically, Defendant attached an Affidavit (#111-1) to her Reply (#111) that
purportedly supports an argument for severance under *United States v. Virgil*[1] that Defendant made
in her original Motion (#104).

      "A surreply may only be filed by leave of court, and only to address new matters raised in a
reply to which a party would otherwise be unable to respond." *Kanvick v. City of Reno,* No. 3:06-
cv-00058-RAM, 2008 U.S. Dist. LEXIS 24719, at *1 n.1 (D. Nev. Mar. 27, 2008). Because
Defendant attached the Affidavit to her Reply and not to her original Motion (#104), Plaintiff was
unable to address the Affidavit's sufficiency under *Virgil*. Furthermore, the Proposed Surreply
(#118-1) addresses only the sufficiency of the Affidavit. Accordingly,

---

[1]561 F.2d 1316 (9th Cir. 1977)

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Surreply (#118) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file Plaintiff's Proposed Surreply (#118-1).

DATED this 30th day of May, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

2