**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:13-cr-00018-JMC-GWF |
| ) | |
| v. ) | ~~PROPOSED~~ ORDER- UNOPPOSED |
| ) | MOTION TO CONTINUE HEARING |
| ) | ON MOTION TO SEVER |
| ) | AND MOTION TO SUPPRESS |
| ) | |
| EDITH GILLESPIE ) | |
| ) | |
| ) | |
| Defendant. ) | |

**FINDINGS OF FACT**

Based on the Government's pending Unopposed Motion to Continue the Hearing, and good cause appearing therefore, the Court hereby finds that:

1. The parties are in agreement to continue the Hearing date as presently scheduled.

2. There is good cause to continue the hearing.

**ORDER**

**IT IS THEREFORE ORDERED** that the Hearing date currently set for June 6, 2013, is vacated and is continued. It is further ordered that the defendant's hearing is set for June 24, 2013, at the hour of 1:00 p.m., in Courtroom # 3A.

**DATED** this 5th day of June, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge